RECEIVED

AUG 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ETHAN M. POSNER (*pro hac vice*)
ERIC D. PHELPS (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202.662.6000
Facsimile: 202.662.6291
Email: eposner@cov.com, ephelps@cov.com

GRETCHEN HOFF VARNER (State Bar No. 284980)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: 415.591.6000
Facsimile: 415.591.6091
E-mail: ghoffvarner@cov.com

Attorneys for Defendants
GILEAD SCIENCES, INC. and GILEAD ALBERTA ULC

INGRID M. EVANS (State Bar No. 179094)
ELLIOT WONG (State Bar No. 285540)
EVANS LAW FIRM, INC.
3053 Fillmore Street, #236
San Francisco, CA 94123
Telephone: 415.441.8669
Facsimile: 888.891.4906
E-mail: ingrid@evanslaw.com

ANDREW S. FRIEDMAN (pro hac vice pending)
FRANCIS J. BALINT, JR. (pro hac vice pending)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: 602.274.1100
Facsimile: 602.274.1199
E-mail: afriedman@bffb.com, fbalint@bffb.com

Attorneys for Plaintiffs/Relators
JEFF and SHERILYN CAMPIE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMPIE *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>Defendants. | Civil Case No.: CV 11-941 EMC<br><br>[PROPOSED] ORDER<br><br>FILED UNDER SEAL |

FAXED

## [PROPOSED] ORDER

Having considered the Joint Response to Order to Show Cause and the record in this case, the Court hereby approves the parties' stipulation and IT IS HEREBY ORDERED as follows:

1. Based on the August 21, 2014 Stipulation for Filing of Redacted Amended Complaint, the Declaration of J. Matthew Colomb dated August 15, 2014, and the record in this case, the Court determines that Plaintiffs/Relators' Memorandum in Opposition to Motion to Dismiss and Declaration of Elliot Wong in Support of Plaintiff/Relators' Memorandum in Opposition to Motion to Dismis contain information that is privileged, protectable as a trade secret or is otherwise entitled to protection under the law and that, under the circumstances presented, good cause and compelling reasons exist to seal portions thereof in accordance with Local Rule 79-5(b).

2. The Clerk of the Court is hereby directed to unseal Defendants' Motion to Dismiss.

3. The Clerk of the Court is further ordered to file the redacted version of the Plaintiff/Relators' Memorandum in Opposition to Motion to Dismiss and the redacted version of the Declaration of Elliot Wong in Support of Plaintiff/Relators' Memorandum in Opposition to Motion to Dismiss, thereby keeping the originally-filed versions of these documents from public inspection in accordance with the procedure set forth in Local Rule 79-5.

4. The Clerk of Court is further directed to unseal the existence of the docket in this case and that all future filings in this case shall not be sealed and shall be available for public inspection, except for any future filings that may properly be sealed in accordance with Local Rule 79-5 and/or any future protective order entered by the Court.

5. No party to this action shall publish (by electronic means or otherwise) or directly or indirectly disclose or cause to be disclosed to the public, or to any person or entity that is not a party to this action or counsel to a party to this action, any document or portion thereof that is maintained under seal, without an order from the Court granting permission to do so.

Dated: 9/5/14



IT IS SO ORDERED
Judge Edward M. Chen

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am a resident of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service.

     On the date set forth below, I served the document(s) described as:

**[PROPOSED] ORDER**

**FILED UNDER SEAL**

on the following person(s) in this action by placing a true copy thereof enclosed in an envelope addressed as follows:

ANDREW S. FRIEDMAN (admitted pro hac vice)
FRANCIS J. BALINT, JR. (admitted pro hac vice)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016
Telephone: 602.274.1100
Facsimile: 602.274.1199
E-mail: afriedman@bffb.com, fbalint@bffb.com

INGRID EVANS (State Bar No. 179094)
ELLIOT WONG (State Bar No. 285540)
EVANS LAW FIRM, INC.
3053 Fillmore Street, #236, San Francisco, CA 94123
Telephone: 415.441.8669
Facsimile: 888.891.4906
E-mail: ingrid@evanslaw.com

SARA WINSLOW
Assistant United States Attorney
U.S. Attorney's Office, N. Dist. Calif.
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102-3495
Telephone: 415.436.6925
Facsimile: 415.436.6748
E-mail: sara.winslow@usdoj.gov

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]   (E-MAIL) I caused the document(s) to be sent to the persons at the e-mail address(es) listed above.

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2014 at San Francisco, California.

*Emilio J. Aguilar*
Emilio J. Aguilar

---
1
PROOF OF SERVICE