JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ALEX TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile:  (415) 436-6748
    E-mail: sara.winslow@usdoj.gov
MICHAEL D. GRANSTON
JAMIE YAVELBERG
EDWARD CROOKE
Attorneys, Civil Division
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 353-0426
    Facsimile:   (202) 514-0280
    E-mail: edward.crooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CAMPIE,<br><br>    Plaintiff and Relator,<br><br>v.<br><br>GILEAD SCIS., INC.,<br><br>    Defendant. | CASE NO. C-11-0941 EMC<br><br>**DECLARATION OF LEONARD RUSSO IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT;**<br><br>Date: June 20, 2019<br>Time: 1:30 p.m.<br>The Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

DECLARATION OF LEONARD RUSSO

I, Leonard Russo, declare:

1. I am a Special Agent at the United States Department of Health and Human Services, Office of Inspector General. After Relators filed this action in 2010, I participated in an investigation of Gilead Sciences, Inc. Based on my participation in the investigation and my review of documents relating to the investigation, I have personal knowledge of the matters set forth herein.

2. After this action was filed, the government investigated Relators' allegations for over two years. The government reviewed Relators' complaint and amended complaints, their disclosure statement, and the accompanying materials. The government interviewed the Relators. The investigative team consulted with experts from the Department of Health and Human Services, including the Food and Drug Administration. The government met with counsel for Gilead on multiple occasions to discuss the allegations. The government collected over 600,000 pages of documents related to the allegations and interviewed numerous witnesses.

3. The government also selected multiple manufacturing lots for which Relators had alleged specific and potentially serious problems and obtained a complete review of the history of the lots from "cradle to grave," which accounted for the disposition of each lot with supporting documentation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 27, 2019 in Seattle, Washington.

*Leonard Russo*

SPECIAL AGENT LEONARD RUSSO