UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>Defendants. | Case No. 11-cv-00941-EMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 198 |

The Campies have moved to file under seal (1) certain portions of their brief in opposition to the government's motion to dismiss and (2) certain portions of the Wiener Declaration, and certain exhibits attached thereto, submitted in support of the opposition brief. In response to the motion, Gilead has submitted the Clement Declaration, *i.e.*, to support its position that at least some of the information is confidential. Having considered the parties' filings, the Court hereby **GRANTS** the request to file under seal. However, because Gilead indicates that its request for sealing is actually narrower than the redactions in the Campies' submissions, the Court orders the parties to meet and confer regarding such, so that the Campies may publicly file more narrowly redacted documents. The meet and confer, and the public filing of the more narrowly redacted documents, shall take place within a week of the date of this order.

This order disposes of Docket No. 198.

**IT IS SO ORDERED**.

Dated: July 23, 2019

_____
EDWARD M. CHEN
United States District Judge