JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ADAM A. REEVES (NYBN 2363877)
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6925
Facsimile:  (415) 436-6748
E-mail:  sara.winslow@usdoj.gov
ANDY MAO
JAMIE YAVELBERG
EDWARD CROOKE
Attorneys, Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 353-0426
Facsimile:  (202) 514-0280
E-mail:  edward.crooke@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMPIE, | ) CASE NO. C-11-0941 EMC |
| | ) |
| Plaintiff and Relators, | ) **UNITED STATES' SECOND** |
| | ) **SUPPLEMENTAL FILING IN SUPPORT** |
| v. | ) **OF ITS MOTION TO DISMISS** |
| | ) **RELATORS' SECOND AMENDED** |
| GILEAD SCIENCES., INC., | ) **COMPLAINT** |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to 31 U.S.C. § 3730(c)(2)(A), the United States moved to dismiss this action based on its determination that further litigation will impose monitoring costs and discovery burdens on the government that are not justified.  The Relators opposed the motion, and the Court conducted a hearing on August 1, 2019.  After the hearing, Relators' counsel contacted the United States to propose narrowing the claims they would pursue in this action to drugs produced at Gilead's Foster City facility using specific lots of active pharmaceutical ingredient (API) sourced from Synthetics China.  Third Crooke Decl. at ¶ 2.  On August 7, 2019, Mr. Friedman documented Relators' proposal in an email to government counsel.  Id.  The Court conducted a second hearing on September 24, 2019, and asked whether the government had considered Relators' offer to narrow their claims.  See Tr., ECF 239,at 6:18-21 ("But what about the offer that the Relator made to limit this FCA claim to the specific batch of impurities or adulterated drug products in the Foster City facility in late 2011, early 2012 that led to the issuance of a Form 483?").  In particular, the Court asked the United States to memorialize its representation during the hearing that government counsel consulted with representatives of the Department of Health and Human Services (HHS) regarding Relators' proposal.  See ECF 239 at 11:21-24 ("Would you be prepared to put in the record your representation to the Court, but in the form of a declaration, about this consultation with the FDA and the Inspector General and the Chief Counsel and all that?").  The United States makes this supplemental filing to address those questions and also to address a separate question regarding the frequency with which the United States has sought dismissal pursuant to Section 3730(c)(2)(A).

The lots identified in Mr. Friedman's proposal were the subject of Field Alert Reports that Gilead submitted to the Food and Drug Administration (FDA) between November 2011 and January 2012 to disclose the presence of particulates in finished drug products at Gilead's Foster City facility.  Scavdis Decl., ECF 185, at ¶ 5; Weiner Decl., ECF 201, at Ex. 13.  In March 2012, FDA requested additional information about validation and reprocessing of batches of API manufactured at Synthetics China, and received additional information from Gilead in April 2012.  ECF 185 at ¶ 6.  In June 2012, FDA conducted an on-site inspection of the Foster City facility and issued a Form 483.  Id. at ¶ 5.  Gilead responded to the Form 483 on July 30, 2012.

1   ECF 201 at ¶ 36 & Ex. 13.  After considering Gilead's Field Alert Reports, obtaining

2   supplemental information, conducting an on-site inspection, and reviewing Gilead's response to

3   the Form 483, FDA did not stop production at Synthetics China, Foster City, or any other Gilead

4   manufacturing facility, and FDA did not determine that any of Gilead's drug products needed to

5   be recalled.  ECF 185 at ¶ 7.  This information was all known to the United States when it

6   determined not to intervene in this case in January 2013.

7       On August 12, 2019, government counsel forwarded Mr. Friedman's email to

8   representatives of the HHS Office of General Counsel (including the CMS Division and the FDA

9   Office of Chief Counsel) and the HHS Office of Counsel to the Inspector General.  Third Crooke

10   Decl. at ¶ 3.  On August 15, 2019, government counsel spoke by telephone with these HHS

11   representatives and discussed, among other things, whether Relators' proposal altered their

12   assessment of the potential for a monetary recovery or the costs to the government of the case

13   proceeding.  Id.  HHS continued to recommend pursuing dismissal.  Id.

14       At the September 24, 2019 hearing, the Court also asked whether the Department of

15   Justice was permitting relators in other *qui tam* actions to pursue cases when it has not

16   intervened.  See ECF 239 at 26:8-11 ("Are cases being allowed to go forward where the

17   Government has refused to intervene? . . . I don't mean years ago.  I mean now.").  In Fiscal

18   Years 2018 and 2019 (Oct. 1, 2017 to Sept. 30, 2019), relators filed approximately 1,274

19   complaints pursuant to the *qui tam* provisions of the False Claims Act.  Third Crooke Decl. at ¶

20   4.  In those two years, the United States intervened or partially intervened in approximately 218

21   *qui tam* complaints (some of which had been filed before October 2017).  Id.  On January 10,

22   2018, then-Director Michael Granston issued a memorandum to AUSAs and attorneys in the

23   Commercial Litigation Branch on Factors for Evaluating Dismissal Pursuant to 31 U.S.C.

24   3730(c)(2)(A).  The Department incorporated the substance of the memorandum into Section 4-

25   4.111 of the Justice Manual.  Since January 10, 2018, the United States has moved to dismiss

26   approximately 36 cases pursuant to Section 3730(c)(2)(A) (some of which had been filed and/or

27   declined before January 10, 2018).  Id.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ADAM A. REEVES
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

Dated: October 8, 2019          By:   */s/*_____

SARA WINSLOW
Assistant United States Attorney

Dated: October 8, 2019          By:   */s/ signature on file*_____

EDWARD CROOKE
Civil Division, Fraud Section
Attorneys for the United States of America